■ HOWARD A. JACKSON, Respondent, v ERNESTO J. WALFOR et al., Appellants.—Appeal by the defendants from a judgment of the Supreme Court, Queens County, dated June 20, 1986.

Ordered that the judgment is affirmed, with costs, for rea-

sons stated by Justice Sacks in his memorandum decision at Trial Term. Thompson, J. P., Bracken, Brown and Eiber, JJ., concur.